1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   EDWARD KEKAHUNA,                        1:08-cv-01298-DLB-(PC)

10                 Plaintiff,               ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
11   v.                                     **OR** PAY FILING FEE WITHIN 45 DAYS

12   H. LAPPIN, et al.,

13                 Defendants.
    _____/

14

15        Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs.</u>

16   <u>Six Unknown Agents</u>, 403 U.S. 388 (1971).   Plaintiff has not paid the $350.00 filing fee, or

17   submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21        2.  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

23   the $350.00 filing fee for this action.   Failure to comply with this order will result in a

24   recommendation that this action be dismissed.

25        IT IS SO ORDERED.

26   **Dated:** __September 11, 2008__          _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE

27

28