UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEKAHUNE,<br><br>              Plaintiff,<br><br>   v.<br><br>LAPPIN, et al.,<br><br>             Defendants. | CASE NO.: 1: 08 CV 1298 DLB P<br><br>ORDER RE PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT WITHOUT PREJUDICE<br><br>(Doc. 5) |

      Plaintiff Edward Kekahune ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff filed this action on September 2, 2008.  On September 25, 2008, plaintiff filed a document in which he states that he wishes to withdraw his complaint without prejudice. (Doc. 5).  Plaintiff also filed an application to proceed in forma pauperis.

      An action cannot proceed without a complaint on file.  Thus, the Court interprets plaintiff request as a motion to dismiss without prejudice.  Defendants have not yet been served with the complaint, and thus have not appeared in this action.  Plaintiff has not previously amended his complaint.

      Plaintiff may voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a), which provides that an action may be dismissed by plaintiff by filing a notice of dismissal before service

1 by the adverse party of an answer or of a motion for summary judgment. None of the defendants named
2 in this action have been served with the complaint, thus they have not filed an answer or other responsive
3 pleading.
4     Accordingly, plaintiff's motion to dismiss without prejudice is granted and IT IS HEREBY
5 ORDERED that the complaint is dismissed without prejudice.
6 .
7     IT IS SO ORDERED.
8     **Dated:**   **October 3, 2008**            **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE